Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−26693
Chapter: 13
Judge: Pamela S. Hollis

In Re:
Cedric Gibson
771 Sapphire Dr
Bolingbrook, IL 60490

Nicole Gibson
aka Nicole Walls−Gibson
771 Sapphire Dr
Bolingbrook, IL 60490

Social Security / Individual Taxpayer ID No.:
xxx−xx−4605

xxx−xx−0600

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on December 7, 2018

FOR THE COURT

Dated: December 7, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 17-26693-PSH
Cedric Gibson                                                       Chapter 13
Nicole Gibson
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1            User: nbatson                Page 1 of 3                   Date Rcvd: Dec 07, 2018
                                Form ID: ntcdsm              Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db/jdb         +Cedric Gibson,    Nicole Gibson,    771 Sapphire Dr,    Bolingbrook, IL 60490-3243
25986983        Americash Loans, LLC,    C/O Migdal Law Group, LLP,    Chicago, IL 60664
25986984       +Atg Credit LLC,    1700 W Cortland St, Ste 2,    Chicago, IL 60622-1131
25986985       +Athletic & Therapeutic Institute,    4947 Paysphere Circle,    Chicago, IL 60674-0049
26198719       +Benjamin J. Rooney,    Keay & Costello, P.C.,    128 S. County Farm Road,
                 Wheaton, IL 60187-2400
26109814       +Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
25986989       +Drive Time,    1720 W Rio Salado Pkwy,    Tempe, AZ 85281-6590
25986992       +DuPage Medical Group,    15921 Collections Center Dr,    Chicago, IL 60693-0159
25986993       +Edward Ambulance Services,    PO Box 1503,    Manitowoc, WI 54221-1503
25986994       +Healthy Driven,    PO Box 140250,    Toledo, OH 43614-0250
26276765        IL Dept of Revenue Bankruptcy Section,    PO Box 19035,    Springfield, IL 62794-9035
25986998       +LCS Financials LLC,    6782 S Potomac St, Ste 100,    Englewood, CO 80112-4585
25986999       +Lender Americash Loans, LLC,    180 S. Bolingbrook Rd,    Bolingbrook, IL 60440-2852
25985559       +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
25985560       +Merchants Credit,    223 W Jackson Blvd,    Ste 700,    Chicago, IL 60606-6914
26283725       +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
25985561       +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
26320772       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attn: Bankruptcy Department,    PO Box 619096,
                 Dallas, TX 75261-9096
25987003       +Nationwide Credit & Collections, In,    Attn: Bankruptcy,    815 Commerce Dr, Ste 270,
                 Oak Brook, IL 60523-8852
25987004       +ONCOAS09,   PO Box 1022,    Wixom, MI 48393-1022
26097292       +Sir Finance Corp,    Edward R. Szymanski,    PO Box 5358,    Elgin, IL 60121-5358
25987010       +Smart Sinus & Allergy,    1100 E. Woodfield Rd, Suite 140,    Schaumburg, IL 60173-5121
26198720       +Somerfield Community Homeowners Association,    c/o Keay & Costello, P.C.,
                 128 S. County Farm Road,    Wheaton, IL 60187-2400
26011821       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
26349937        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
25987011       +United Collection Bureau, Inc.,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
25985563       +Us Dept Of Ed/Great Lakes,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
25987013       +Vital Recovery Services, LLC,    PO Box 923748,    Norcross, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25985552       +E-mail/Text: bankruptcy@rentacenter.com Dec 08 2018 01:23:11      Acceptance Now,
                 Attn: Bankruptcy,    5501 Headquarters Dr,    Plano, TX 75024-5837
25986982       +EDI: GMACFS.COM Dec 08 2018 06:19:00      Ally Financial,    Po Box 380901,
                 Minneapolis, MN 55438-0901
26210997       +E-mail/Text: cashnotices@gmail.com Dec 08 2018 01:22:51      AmeriCash Loans, L.L.C.,
                 P.O. Box 184,    Des Plaines, IL 60016-0003
26210996       +E-mail/Text: opportunitynotices@gmail.com Dec 08 2018 01:22:33      Brandon S. Lefkowitz,
                 24100 Southfield Road,    Suite 203,    Southfield, MI 48075-2851
25985553       +EDI: CAPITALONE.COM Dec 08 2018 06:20:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
26180511        EDI: BL-BECKET.COM Dec 08 2018 06:21:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
25986987       +EDI: COLLINSASSET.COM Dec 08 2018 06:20:00      Collins Asset Group,    5725 W Highway 290, Ste 1,
                 Austin, TX 78735-8722
25985554       +EDI: WFNNB.COM Dec 08 2018 06:20:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
26185345       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Dec 08 2018 01:22:46
                 Commonwealth Edison Company,    Attn: Bankruptcy Department,    1919 Swift Drive,
                 Oakbrook Terrace, IL 60523-1502
25986990       +EDI: DVTM.COM Dec 08 2018 06:19:00      Drive Time,    4020 East Indian School Rd,
                 Phoenix, AZ 85018-5220
25985555       +EDI: DVTM.COM Dec 08 2018 06:19:00      DriveTime Credit Co,    Attention: Bankruptcy,
                 4020 E Indian School Rd,    Phoenix, AZ 85018-5220
26222970       +EDI: ECMC.COM Dec 08 2018 06:18:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
25985556       +E-mail/Text: rev.bankruptcy@illinois.gov Dec 08 2018 01:21:58
                 Illinois Department of Revenue,    P.O. Box 64338,    Chicago, IL 60664-0291
25985557        EDI: IRS.COM Dec 08 2018 06:20:00      Internal Revenue Service (IRS),    PO Box 7346,
                 Philadelphia, PA 19101-7346
27178324        EDI: JEFFERSONCAP.COM Dec 08 2018 06:18:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
                 St Cloud MN 56302
25985558       +EDI: CBSKOHLS.COM Dec 08 2018 06:19:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
26201889       +EDI: MID8.COM Dec 08 2018 06:19:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 WARREN, MI 48090-2011
```

```
District/off: 0752-1          User: nbatson            Page 2 of 3             Date Rcvd: Dec 07, 2018
                              Form ID: ntcdsm          Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25987006       EDI: CBSPLS.COM Dec 08 2018 06:21:00      Payday Loans Store,   348 Bolingbrook Commons,
                Bolingbrook, IL 60440
25987008       EDI: PRA.COM Dec 08 2018 06:19:00     Portfolio Recovery,   120 Corporate Blvd,   Norfolk, VA
26085014       EDI: PRA.COM Dec 08 2018 06:19:00     Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk, VA 23541
26111046       EDI: PRA.COM Dec 08 2018 06:19:00     Portfolio Recovery Associates, LLC,
                Successor to CAPITAL ONE BANK, N.A.,    (CAPITAL ONE BANK, N.A.),   POB 41067,
                Norfolk VA 23541
26009914       EDI: PRA.COM Dec 08 2018 06:19:00     Portfolio Recovery Associates, LLC,
                Successor to CAPITAL ONE, NA,   POB 41067,    Norfolk, VA 23541
26009969       EDI: PRA.COM Dec 08 2018 06:19:00     Portfolio Recovery Associates, LLC,
                Successor to GE CAPITAL RETAIL BANK,    (JC PENNEY),   POB 41067,   Norfolk, VA 23541
26009987       EDI: PRA.COM Dec 08 2018 06:19:00     Portfolio Recovery Associates, LLC,
                Successor to GE CAPITAL RETAIL BANK,    (WAL-MART),   POB 41067,   Norfolk, VA 23541
25985562      +EDI: CBSPLS.COM Dec 08 2018 06:21:00      Pay Day Loan Store (PLS),   446 East Roosevelt Road,
                Lombard, IL 60148-4630
26186132      +EDI: PRA.COM Dec 08 2018 06:19:00     Portfolio Recovery Associates, LLC Successor to,
                WORLD FINANCIAL NETWORK BANK,    (LANE BRYANT),   POB 41067,   Norfolk VA 23541-1067
26197044       EDI: Q3G.COM Dec 08 2018 06:18:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
25987009      +EDI: DRIV.COM Dec 08 2018 06:18:00      Santander Consumer USA,   PO Box 961245,
                Fort Worth, TX 76161-0244
25988384      +EDI: RMSC.COM Dec 08 2018 06:20:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
25985564      +E-mail/Text: bankruptcydept@wyn.com Dec 08 2018 01:22:31      Wyndham Vacation Ownership,
                6277 Sea Harbor Dr,   Orlando, FL 32821-8043
26273421      +E-mail/Text: bankrup@aglresources.com Dec 08 2018 01:21:07      nicor gas,   po box 549,
                Aurora il 60507-0549
                                                                                               TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25986981*     +Acceptance Now,    Attn: Bankruptcy,   5501 Headquarters Dr,   Plano, TX 75024-5837
25986986*     +Capital One,    Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
25986988*     +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
25986991*     +DriveTime Credit Co,    Attention: Bankruptcy,   4020 E Indian School Rd,
                Phoenix, AZ 85018-5220
25986995*     +Illinois Department of Revenue,    P.O. Box 64338,   Chicago, IL 60664-0291
25986996*      Internal Revenue Service (IRS),    PO Box 7346,   Philadelphia, PA 19101-7346
25986997*     +Kohls/Capital One,    Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
25987000*     +Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,   Po Box 1799,
                Akron, OH 44309-1799
25987001*     +Merchants Credit,    223 W Jackson Blvd,   Ste 700,   Chicago, IL 60606-6914
25987002*     +Nationstar Mortgage,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
25987005*     +Pay Day Loan Store (PLS),    446 East Roosevelt Road,   Lombard, IL 60148-4630
25987012*     +Us Dept Of Ed/Great Lakes,    Attn: Bankruptcy,   2401 International Lane,
                Madison, WI 53704-3121
25987014*     +Wyndham Vacation Ownership,    6277 Sea Harbor Dr,   Orlando, FL 32821-8043
25987007     ##+Pioneer Credit Recovery, Inc.,    PO Box 3116,   Lake City, FL 32056-3116
                                                                                    TOTALS: 0, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                     Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: nbatson              Page 3 of 3              Date Rcvd: Dec 07, 2018
                              Form ID: ntcdsm            Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:

```
              Benjamin  Rooney    on behalf of Creditor    Somerfield Community Homeowners Association
               ben@keaycostello.com, kim@keaycostello.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Joel P Fonferko    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ND-One@il.cslegal.com
              Jose G Moreno    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               nd-one@il.cslegal.com
              Laura A. Hrisko    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ND-Two@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven L Walker    on behalf of Debtor 1 Cedric  Gibson swalker@lynch4law.com,
               staff@lynch4law.com;mwilkinson@lynch4law.com
              Steven L Walker    on behalf of Debtor 2 Nicole  Gibson swalker@lynch4law.com,
               staff@lynch4law.com;mwilkinson@lynch4law.com
                                                                                             TOTAL: 8
```